UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RUTH WASHINGTON HARRIS                    CIVIL ACTION

VERSUS                                     NO. 10-3241

MICHAEL J. ASTRUE, COMMISSIONER            SECTION "N" (3)
OF SOCIAL SECURITY

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on March 3, 2011, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion to Dismiss [Doc. #15] is GRANTED, and that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 11th day March, 2011.

UNITED STATES DISTRICT JUDGE